## In the Matter of Shane A. TOLAND, Respondent.

### No. 49S00–09041–DI–10.

Supreme Court of Indiana.

June 16, 2009.

*PUBLISHED ORDER APPROVING STATEMENT OF CIRCUM- STANCES AND CONDITIONAL AGREEMENT FOR DISCIPLINE*

Pursuant to Indiana Admission and Discipline Rule 23(11), the Indiana Supreme Court Disciplinary Commission and Respondent have submitted for approval a "Statement of Circumstances and Conditional Agreement for Discipline" stipulating agreed facts and proposed discipline as summarized below:

**Stipulated Facts:** On October 17, 2007, Respondent pled guilty to possession of marijuana, a class A misdemeanor. He completed a conditional discharge program, and the charge was dismissed on October 30, 2008. As part of the conditional discharge program, Respondent was assessed by a psychologist, who recommended no further treatment for Respondent.

**Violations:** The parties agree that Respondent violated Indiana Professional Conduct Rule 8.4(b) which prohibits committing a criminal act that reflects adversely on the lawyer's honesty, trustworthiness, or fitness as a lawyer.

**Discipline:** The parties agree the appropriate sanction is a public reprimand. The Court, having considered the submissions of the parties, now APPROVES and ORDERS the agreed discipline. For Respondent's professional misconduct, the Court imposes a public reprimand. The costs of this proceeding are assessed against Respondent. With the acceptance of this agreement, the hearing officer appointed in this case is discharged.

All Justices concur.